# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Case Number   EP-14-CR-213-DB (6)
Federal Employer ID# - 32017529085

SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent)

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent), was represented by Leon Schydlower.

On motion of the United States, the Court has dismissed the remaining Counts of the Second Superseding Indictment, the Superseding Indictment and the Indictment as to SPONDYLOS CONSULTING, LLC. (Robert Perez - Registered Agent).

Additionally, the Government agrees to dismiss the Indictment, the Superseding Indictment and the Second Superseding Indictment against ANGIE UNCHI SONG, the organizer, registered agent and managing member of co-defendant SPONDYLOS CONSULTING, LLC.

The defendant pled guilty to Count) One (1) of the Second Superseding Indictment on January 9, 2015. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
| --- | --- | --- | --- |
| 18 U.S.C. 371, and 42 U.S.C. 1320 | Conspiracy/Illegal Remunerations Involving Federal Health Care Programs | August 2010 | One (1) |

As pronounced on August 21, 2015, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _24_ day of August, 2015.

_____
DAVID BRIONES
Senior United States District Judge

Judgment--Page 2

Defendant:  SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent)
Case Number:  EP-14-CR-213-DB (6)

## PROBATION

The defendant is hereby placed on non-reporting probation for a term of 5 years.

While on probation, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent)
Case Number: EP-14-CR-213-DB (6)

## CONDITIONS OF PROBATION

**Mandatory Conditions:**

1) The corporation shall not commit another federal, state, or local crime.

2) If the judgment imposes a fine or restitution, it is a condition of supervision that corporation pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The corporation shall permit a Probation Officer to visit it at any time and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

2) The corporation shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

3) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the corporation pay such penalties in accordance with the Schedule of Payments sheet in the judgment.

4) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the corporation shall provide the probation officer access to any requested financial information.

Defendant: SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent)
Case Number: EP-14-CR-213-DB (6)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 525 Magoffin Avenue, Room 105, El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|        | **Assessment** | **Fine**    | **Restitution** |
|--------|----------------|-------------|-----------------|
| TOTAL: | $400.00        | $25,000.00  | $0              |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $400.00. Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $25,000.00. Payment of this sum shall begin immediately. The Defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the sum remains unpaid. Any fine balance that remains unpaid at the commencement of a term of supervised release shall be paid on a schedule to be approved by the Court.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant:  SPONDYLOS CONSULTING, LLC (Robert Perez - Registered Agent)
Case Number:  EP-14-CR-213-DB (6)

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States:

1. Approximately $217,524.85 in funds formerly on deposit at Bank of America in Account Number 004780811748, which was held in the name of Spondylos Consulting, LLC and all property traceable thereto.

2. Approximately $549,058.88 in funds formerly on deposit at Bank of America in Account Number 00478954113, which was held in the name of Angie Unchi Song and Richard Rooney, and all property traceable thereto.

3. Approximately $735.43 in funds formerly on deposit at Bank of America in Account Number 004881582358, which was held in the name of Angie Unchi Song and Richard Rooney, and all property traceable thereto.

4. Approximately $1,521,910.44 in funds formerly on deposit at Bank of America in Account Number 5319795931, which was held in the name of Angie Unchi Song and Richard Rooney, and all property traceable thereto.

5. Any and all firearms and firearms accessories seized on or about May 26, 2010 from 4805 Vista Del Monte, El Paso, Texas.